**Louie W. Tripod and Vida L. Tripod, Plaintiffs-Appellees, v. Kelce Arrington and Amelia Miller, Conservator of the Estate of Clara K. Thomas, an Incompetent, Defendants-Appellants.**

Gen. No. 70–25.

Third District.

October 9, 1970.

Mathis, Sloan & Littler, and Winget & Winget, of Peoria, for appellants; Moehle, Moehle, Reardon, Sincock & Bode, of East Peoria, for appellees. Opinion by PRESIDING JUSTICE RYAN. **Not to be published in full.**